**PIAS v. STATE.**

No. 26921.

Court of Criminal Appeals of Texas.

April 7, 1954.

---

No attorney on appeal, for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston; Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery by assault; the punishment, 5 years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**Earl Barlow RICHARDSON, Appellant,**

**v.**

**STATE, Appellee.**

No. 26951.

Court of Criminal Appeals of Texas.

April 14, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.